Returned Mail Notice to Debtor/Debtor's Attorney

October 17, 2017

From: United States Bankruptcy Court, Southern District of Mississippi

Re: U.S. Courts, Bankruptcy Noticing Center - Returned Mail Notice

In Re: Ophelia Hunt, Case Number 17-03567-NPO

TO THE DEBTOR/DEBTOR'S ATTORNEY:

The attached document was mailed to the notice recipient(s) listed below via the U. S. Postal Service, and it was returned to the Bankruptcy Noticing Center as undeliverable. Please ne advised that dischargeability of a debt may be affected if a creditor fails to receive certain notices. You should determine whether the address should be updated. NOTE: THIS FORM CANNOT BE USED TO ADD A NEW CREDITOR NOT PREVIOUSLY LISTED ON YOUR SCHEDULES.

If this form is used by the court in place of filing a separate notice of change of address and/or an amended schedule: 1) determine the updated address and send the attached document to the notice recipient; 2) list the updated address below; 3) sign and date the form; and 4) file this form with the court.  Please type or print legibly.

Notice Recipient's Address on Envelope to the Bankruptcy Noticing Center:
Community Choice

6785 Bobcat Way

Dublin, OH 43016-1443

THE UPDATED ADDRESS IS:

6785 Bobcat Way Ste 200

Dublin, OH 43016-1443

/s/Timothy L. Gowan                           10/17/2017
Signature of Debtor or Debtor's Attorney      Date

The Bankruptcy Noticing Center does not respond to messages regarding returned mail notification. Please contact the U.S. Bankruptcy Court where the case is pending with questions or comments.

# Notice of Chapter 13 Bankruptcy Case
## United States Bankruptcy Court Southern District of Mississippi

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Ophelia Hunt** | Social Security number or ITIN   xxx-xx-9069 |
| | First Name    Middle Name    Last Name | EIN   __-_____ |
| Debtor 2 (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN   ____ |
| | | EIN   __-_____ |

United States Bankruptcy Court for the Southern District of Mississippi

Case number:  **17-03567-NPO**

Date case filed for chapter  **13**   **9/28/17**

---

For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Cell Phones and other electronic devices are generally not allowed in the courthouses of this District. For more information visit www.mssb.uscourts.gov**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Ophelia Hunt | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | PO Box 322 Shuqualak, MS 39361 | |
| 4. | **Debtor's attorney** Name and address | Timothy Lamar Gowan Gowan Law Office P.O. Box 401 Macon, MS 39341 | Contact phone 662 726-2000 |
| 5. | **Bankruptcy trustee** Name and address | J. C. Bell T1 P.O. Box 566 Hattiesburg, MS 39403 | Contact phone 601-582-5011 |
| 6. | **Bankruptcy clerk's office** Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at  www.pacer.gov. | 501 East Court Street, Suite 2.300 P.O. Box 2448 Jackson, MS 39225-2448 | **Office Hours:** Monday – Friday 8:00 AM – 5:00 PM Contact phone 601-608-4600 Date: 9/29/17 |

For more information, see page 2

Debtor **Ophelia Hunt**                                                                                    Case number **17–03567–NPO**

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so.<br><br>Debtors must provide original picture identification and proof of social security number to the trustee at the meeting. | **October 25, 2017 at 02:00 PM**<br><br>**The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.** | **Location:**<br><br>1210 West Pine Street, Hattiesburg, MS 39401 |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br><br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f) or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 12/27/17** |
| | **Deadline for all creditors to file a proof of claim:**<br>(except governmental units) | **Filing deadline: 1/23/18** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 3/27/18** |
| | **Deadlines for filing proof of claim:**<br> A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office. If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:**  30 days after the<br>*conclusion* of the<br>meeting of creditors |
| **9.  Filing of plan** | Unless a written objection to confirmation is filed with the clerk of this court not later than **November 15, 2017** the plan may be confirmed without a hearing. Copies of the objection must be served on the Trustee, US Trustee, Debtor(s), and Attorney for Debtor(s). Objections to confirmation will be scheduled for hearing with notice to the affected parties. A copy of the plan, if not enclosed, will be sent to you later. | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy or summary of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at  www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion. | |

**CHAPTER 13 PLAN**
**UNITED STATES BANKRUPTCY COURT**
SOUTHERN   DISTRICT OF MISSISSIPPI

Debtor: Ophelia Hunt _____ SSN: XXX-XX- 9069 _____  CASE NO. _____

Joint Debtor: _____ SSN: XXX-XX-_____  Median Income: ☐ Above ☑ Below

Address: PO Box 322

    Shuqualak, MS 39361

**THIS PLAN DOES NOT ALLOW CLAIMS. Creditors must file a proof of claim to be paid under any plan that may be confirmed. The treatment of ALL secured and priority debts must be provided for in this plan.**

**PAYMENT AND LENGTH OF PLAN**

The plan period shall be for a period of _____ 60 _____ months, not to be less than 36 months for below median income debtor(s), or less than 60 months for above median income debtor(s).

(A)    Debtor shall pay $_____ 387.00 _____ (☑ monthly, ☐ semi-monthly, ☐ weekly, or ☐ bi-weekly) to the chapter 13 trustee. Unless otherwise ordered by the Court, an Order directing payment shall be issued to Debtor's employer at the following address:

_____

_____

(B)    Joint Debtor shall pay $_____ (☐ monthly, ☐ semi-monthly, ☐ weekly, or ☐ bi-weekly) to the chapter 13 trustee. Unless otherwise ordered by the Court, an Order directing payment shall be issued to Debtor's employer at the following address:

_____

_____

**PRIORITY CREDITORS.**

Filed claims which are not disallowed are to be paid in full or as ordered by the Court as follows:

| | | | |
|---|---|---|---|
| Internal Revenue Service: | $_____ | at $_____ | /month |
| Mississippi Dept. of Revenue: | $_____ | at $_____ | /month |
| Other/_____: | $_____ | at $_____ | /month |

**DOMESTIC SUPPORT OBLIGATION.** DUE TO: _____

_____

POST PETITION OBLIGATION: In the amount of $_____ per month beginning _____.

To be paid ☐ direct, ☐ through payroll deduction, or ☐ through the plan.

PRE-PETITION ARREARAGE: In the total amount of $_____ through _____ which shall be paid in the amount of $_____ per month beginning _____.

To be paid ☐ Direct, ☐ through payroll deduction, or ☐ through the plan.

**HOME MORTGAGES.** All claims secured by real property which are to be paid through the plan shall be scheduled below. Absent an objection by a party in interest, the plan will be amended consistent with the proof of claim filed herein, subject to the start date for the continuing monthly mortgage payment proposed herein.

| | | | |
|---|---|---|---|
| Mtg pmts to _____ | Beginning _____ | @ $_____ | ☐Plan ☐Direct |
| Mtg pmts to _____ | Beginning _____ | @ $_____ | ☐Plan ☐Direct |
| Mtg pmts to _____ | Beginning _____ | @ $_____ | ☐Plan ☐Direct |

| | | | | |
|---|---|---|---|---|
| Mtg arrears to _____ | Through _____ | $_____ | @ $_____ | /mo |
| Mtg arrears to _____ | Through _____ | $_____ | @ $_____ | /mo |
| Mtg arrears to _____ | Through _____ | $_____ | @ $_____ | /mo |

Debtor's Initials _OH_     Joint Debtor's Initials _____     Chapter 13 Plan, Page 1 of 3

**MORTGAGE CLAIMS TO BE PAID IN FULL OVER PLAN TERM:**

Creditor:_____ Approx. amt. due: _____ Int. Rate: _____
Property Address: _____ Are related taxes and/or insurance escrowed ☐Yes ☐No

Creditor:_____ Approx. amt. due: _____ Int. Rate: _____
Property Address: _____ Are related taxes and/or insurance escrowed ☐Yes ☐No

**NON-MORTGAGE SECURED CLAIMS.** Creditors that have filed claims that are not disallowed are to retain lien(s) pursuant to 11 U.S.C. § 1325(a)(5)(B)(i)(I) until the payment of the debt determined as under non-bankruptcy law or discharge. Such creditors shall be paid as secured claimants the sum set out below or pursuant to other order of the Court. The portion of the claim not paid as secured shall be treated as a general unsecured claim.

| CREDITOR'S NAME | COLLATERAL | 910* CLM | APPROX. AMT. OWED | VALUE | INT. RATE | PAY VALUE OR AMT. OWED |
|---|---|---|---|---|---|---|
| Capitol One Auto Finance | 2009 Chev Tahoe | | $16,384.00 | $14,300.00 | 5 | VALUE |
| Money Matters | title loan/2002 Tahoe | | $2,000.00 | $2,000.00 | 5 | VALUE |
| American General/Springlea | Household Goods | | $9,000.00 | $1,000.00 | 5 | VALUE |
| Onemain | Household Goods | | $8,673.00 | $300.00 | 5 | VALUE |
| Tower Loan | Household Goods | | $5,670.00 | $200.00 | 5 | VALUE |

* The column for "910 CLM" applies to both motor vehicles and "any other thing of value" as used in the "hanging paragraph" of 11 U.S.C. § 1325

**SPECIAL CLAIMANTS** including, but not limited to, co-signed debts, abandonment of collateral, direct payments by Debtor, etc. For all abandoned collateral Debtor will pay $0.00 on the secured portion of the debt. Where the proposal is for payment, creditor must file a proof of claim to receive proposed payment.

| CREDITOR'S NAME | COLLATERAL | APPROX. AMT. OWED | PROPOSED TREATMENT |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

**STUDENT LOANS** which are not subject to discharge pursuant to 11 U.S.C. §§ 523(a)(8) and 1328(c) are as follows (such debts shall not be included in the general unsecured total):

| CREDITOR'S NAME | APPROX. AMT. OWED | CONTRACTUAL MO. PMT. | PROPOSED TREATMENT |
|---|---|---|---|
| Sallie Mae | $50,000.00 | | deferred |
| Navient | $87,887.00 | | deferred |
| MS Institute for Higher Ed | $12,434.09 | | deferred |
| | | | |
| | | | |

**SPECIAL PROVISIONS** which may apply to any or all payments to be paid through the plan, including, but not limited to, adequate protection payments: _____
_____
_____

**GENERAL UNSECURED CLAIMS** total approximately $ ___181,469.09___ . Such claims must be *timely filed* and not disallowed to receive payment as follows:_____ IN FULL (100%), ___0___%(percent) MINIMUM, or a total distribution of $_____, with the Trustee to determine the percentage distribution. *Those general unsecured claims not timely filed shall be paid nothing, absent order of the Court.*

Debtor's Initials __GH__          Joint Debtor's Initials _____          Chapter 13 Plan, Page 2 of 3

Total attorney fee charged:        $_____3,400.00_____
Attorney fee previously paid:      $_____0.00_____
Attorney fee to be paid in plan:  $_____3,400.00_____

The payment of administrative costs and aforementioned attorney fees are to be paid pursuant to Court order and/or local rules.

Automobile Insurance Co/Agent                          Attorney for Debtor (Name/Address/Phone/Email)
_____                 **Timothy L. Gowan**
_____                 PO Box 401
_____                 Macon, MS 39341

Telephone/Fax:_____               Telephone No. 662-726-2000
                                                                          Facsimile No.  662-726-4040
                                                                          Email address  tlgowan@hotmail.com

DATED:____9-28-17_____      DEBTOR'S SIGNATURE          _Ophelia R Hunt_____

                                                JOINT DEBTOR'S SIGNATURE    _____

                                                ATTORNEY'S SIGNATURE         _____

Chapter 13 Plan, Page 3 of 3

Effective:  October 1, 2011